TDCJ Offender Details

21,928-02

 **TDCJ Home**  **New Offender Search**

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 02199733 |
| **TDCJ Number:** | 01342554 |
| **Name:** | SCHNEIDER,BOBBY RENO JR |
| **Race:** | W |
| **Gender:** | M |
| **DOB:** | 1958-08-16 |
| **Maximum Sentence Date:** | LIFE SENTENCE |
| **Current Facility:** | ALLRED |
| **Projected Release Date:** | LIFE SENTENCE |
| **Parole Eligibility Date:** | 2012-06-07 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

**Offense History:**

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 1987-02-18 | UNAUTH USE MTR VEH ENHANC | 1987-11-05 | DALLAS | F87-96155-MI | 45-00-00 |
| | | | | | |